# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00742-CV

**Eli Woolsey and Kate Woolsey, Appellants**

**v.**

**Bohemian Bros., LLC, Manager of Overlook NB, LLC and Manager of 306 Partners Investments, LLC; and James Boushka, Agent of Overlook NB, LLC, Appellees**

### FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
### NO. C2024-0668B, THE HONORABLE TRACIE WRIGHT-RENEAU, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Eli Woolsey and Kate Woolsey have filed an unopposed motion to dismiss this appeal. We grant appellants' motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Gisela D. Triana, Justice

Before Justices Triana, Theofanis, and Crump

Dismissed on Appellants' Motion

Filed: February 27, 2026